**Order entered April 29, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01391-CV

### MARSHA FONTANIVE, Appellant

### V.

### CDX HOLDINGS, INC, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01736-A**

## ORDER

We **GRANT** the parties' April 27, 2015 joint motion to abate appeal for settlement purposes, **SUSPEND** the briefing deadlines, and **ABATE** the appeal. The appeal will be reinstated June 26, 2015 or upon motion by the parties to reinstate and dismiss or reinstate and reset the briefing deadlines, whichever occurs sooner.


/s/      ELIZABETH LANG-MIERS
JUSTICE